**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Darryl Glen RILEY, a/k/a Kendu,
Defendant-Appellant.**

No. 16-7408

United States Court of Appeals,
Fourth Circuit.

Submitted: January 31, 2017

Decided: February 3, 2017

Darryl Glen Riley, Appellant Pro Se. Heather Hart Mansfield, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Glen Riley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Riley's motion. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013). Accordingly, we affirm the district court's order. United States v. Riley, No. 3:98-cr-00101-HEH-1 (E.D. Va. Sept. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED